No. 77. GUNDER DRAXTON ET AL. *v.* C. P. FITCH ET AL. Error to the Supreme Court of the State of Minnesota. Argued October 27, 1927. Decided October 31, 1927. *Per Curiam.* Dismissed for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. James Manahan* for plaintiffs in error, submitted. *Mr. Victor E. Anderson,* with whom *Messrs. Clifford L. Hilton,* Attorney General of Minnesota, and *James E. Markham* were on the brief, for defendants in error.

---

No. 80. E. G. GRIFFIN *v.* GEORGE L. POWERS ET AL. Error to the Supreme Court of the State of Tennessee. Argued October 28, 1927. Decided October 31, 1927. *Per Curiam.* Affirmed on the authority of *Dent* v. *West Virginia,* 129 U. S. 114, 122; *Douglas* v. *Noble,* 261 U. S. 165, 169, 170; *Graves* v. *Minnesota,* 272 U. S. 425, 427. *Mr. Carlisle S. Littleton* for plaintiff in error. *Messrs. John D. Keeble* and *Scott P. Fitzhugh* were on the brief for defendants in error.